# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2194
Lower Tribunal No. 21-3908
_____

**Earl Burks,**
Appellant,

vs.

**Deloise B. Brown,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Earl Burks, in proper person.

The Law Office of Alain Roman, PLLC, and Alain E. Roman, for appellee.

Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court cannot properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence[.]").